ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
JAMES H. PALMER *jpalmer@aalrr.com* (State Bar No. 90086)
ANN K. SMITH a*smith@aalrr.com* (State Bar No. 150104)
SUN HI AHN *sahn@aalrr.com*  (State Bar No. 207374)
12800 Center Court Drive, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

Attorneys for Defendants FIRSTCOMP INSURANCE COMPANY and ASPEN HOLDINGS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY'S TREE SERVICE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER SCHERFFIUS, BILL ALEXANDER, COMMERCIAL INSURANCE BROKERS, FIRSTCOMP INSURANCE COMPANY, ASPEN HOLDINGS, INC., DOES 1-35,<br><br>Defendants. | CASE NO.:  2:09-cv-01241 MCE JFM<br><br>**STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271; AND [PROPOSED] ORDER THEREON** |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Subject to court approval, the parties agree that representatives of First Comp Insurance and Aspen Holdings, Inc. can appear telephonically.

The parties anticipate the completion of VDRP by January 31, 2010.

DATED: October _____, 2009

                              LAW OFFICE OF H. MAL CAMERON

                              By: /s/_____
                                  H. Mal Cameron
                                  Attorneys for Plaintiff CODY'S TREE SERVICE, LLC

012583.00008/1334898v1

1 | DATED: October _____, 2009

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: /s/_____
Ann K. Smith
Sun Hi Ahn
Attorneys for Defendants, FIRSTCOMP INSURANCE COMPANY and ASPEN HOLDINGS, INC.

DATED: October \_\_\_\_\_, 2009

By: /s/_____
Tyler Scherffius
In pro per for Defendant TYLER SCHERFFIUS

**IT IS SO ORDERED.**

DATED: October 23, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

012583.00008/1334898v1

-2-