ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
JAMES H. PALMER *jpalmer@aalrr.com* (State Bar No. 90086)
ANN K. SMITH a*smith@aalrr.com* (State Bar No. 150104)
SUN HI AHN *sahn@aalrr.com*  (State Bar No. 207374)
12800 Center Court Drive, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

Please sign, date, and file this.  JFM

Attorneys for Defendants FIRSTCOMP INSURANCE COMPANY and ASPEN HOLDINGS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY'S TREE SERVICE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER SCHERFFIUS, BILL ALEXANDER, COMMERCIAL INSURANCE BROKERS, FIRSTCOMP INSURANCE COMPANY, ASPEN HOLDINGS, INC., DOES 1-35,<br><br>Defendants. | CASE NO.:   2:09-cv-01241 MCE JFM<br><br>**STIPULATION TO EXTEND TIME FOR PARTIES TO EXCHANGE DISCLOSURES PURSUANT TO FRCP RULE 26(a); AND [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff, CODY'S TREE SERVICE, LLC, through its counsel of record, H. Mal Cameron of the Law Offices of H. Mal Cameron and Defendants FIRSTCOMP INSURANCE COMPANY and ASPEN HOLDINGS, INC., through its counsel of record, Ann K. Smith of Atkinson, Andelson, Loya, Ruud & Romo, and Defendant TYLER SCHERFFIUS, in Pro Per (collectively "the Parties") that:

1. The Parties agree that the November 19, 2009 date to make their disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure shall be

012583.00008/1368721v1

extended to December 17, 2009.

    2.    This is the first extension sought regarding the Rule 26(a) Disclosures. This extension is not sought for any improper purpose or to delay and will not result in prejudice to either party.

IT IS SO STIPULATED.

DATED: November 19, 2009

        LAW OFFICES OF H. MAL CAMERON

        By: /s/
        H. Mal Cameron
        Attorneys for Plaintiff, CODY'S TREE SERVICE, LLC

DATED: November 18, 2009

        ATKINSON, ANDELSON, LOYA, RUUD & ROMO

        By: /s/
        Ann K. Smith
        Attorneys for Defendants, FIRSTCOMP INSURANCE COMPANY and ASPEN HOLDINGS, INC.

DATED: November 18, 2009

        By: /s/
        Tyler Scherffius
        In pro per for Defendant TYLER SCHERFFIUS

**IT IS SO ORDERED.**

DATED: November 23, 2009.

        /s/ John F. Moulds
        John F. Moulds
        U.S. Magistrate Judge