```
 1  Law Office of H. Mal Cameron,
    Attorney at Law
 2  SBN: 79846
    P.O. Box 1539
 3  Pleasanton, CA 94566
    925-846-1567
 4
 5  Attorney for Cody's Tree Service LLC.
 6
 7
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY'S TREE SERVICE, LLC, | No. 2:09-cv-01241-MCE-JFM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| TYLER SCHERFFIUS, ET AL., | |
| Defendants. | |

Plaintiff, Cody's Tree Service, LLC, hereinafter referred to "Cody's", and Defendants FirstComp Insurance Company, Aspen Holidings, Inc. and Tyler Scherffius, by and through their attorney of record, do hereby stipulate to the dismissal of Case Number 2:09-01241 with prejudice.

1. Stipulated to by plaintiff Cody's Tree Service, LLC:

/s/_____
H. Mal Cameron
Attorney for Plaintiff Cody's
Tree Service, LCC

///
///
///

2. Stipulated to by defendants, FirstComp Insurance Company, and Aspen Holdings, Inc.:

/s/
Ann K. Smith
Attorney for FirstComp
Insurance Company and Aspen Holdings

3. Stipulated to by defendant Tyler Scherffius:

/s/
Tyler Scherffius, Pro Se

**ORDER**

Pursuant to the stipulation of the parties to this matter, this action is dismissed with prejudice. The Clerk of Court is hereby directed to close the file.

IT IS SO ORDERED.

Dated: February 18, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE